

# Client Protection Fund Listing of Maryland Attorneys

**Last Name starts with : PEROUTKA**     Mon Oct 3 11:19:54 EDT 2011

| NAME | ADDRESS | CITY | ST | ZIP | PHONE | ADMIT |
|---|---|---|---|---|---|---|
| PEROUTKA,MICHAEL A | SUITE 300 8028 RITCHIE HWY | PASADENA | MD | 21122-1075 | 410-768-2280 | 05-01-81 |
| PEROUTKA,STEPHEN G | STE 300 8028 RITCHIE HWY | PASADENA | MD | 21122-1075 | 410-768-2280 | 05-01-82 |

Return to Client Protection Fund Search page

[ Home | Site Index | Opinions | Search | Jobs | FAQs ]

http://courts.state.md.us/cgi-bin/cstf.pl?inputname=peroutka&firstname=&submit=Submit+the+query

EXHIBIT 1