**NCUA**

SEARCH SITE | FIND A CREDIT UNION
by state...
ADVANCED SEARCH >

| ABOUT NCUA | AGENCY LEADERSHIP | NEWS & EVENTS | RESOURCES & PUBLICATIONS | CREDIT UNION DATA | CONTACT US |

## BALTIMORE COUNTY EMPLOYEES

*Is Federally Insured*

Individual Credit Union Data Summary

| | |
|---|---|
| Charter Number: | 15394 |
| Credit Union Name: | BALTIMORE COUNTY EMPLOYEES |
| Address: | 23 W. Susquehanna Avenue |
| City, State Zip code: | Towson, MD 21204 |
| Assets: | $305,246,779 |
| Members: | 28,509 |
| Phone: | (410) 828-4730 |
| Manager/CEO: | Hagar, David |
| Year Chartered: | 1963 |
| Status: | A - Active |
| Credit Union Type: | 1 - Federal |
| Tom Code: | 36 |
| Low Income Designation: | No |
| Peer Group: | 5 |
| Last Updated: | 11/17/2009 10:07:40 AM |
| Web Site URL: | www.bcefcu.com |

Careers | No Fear Act Data | NCUA's EEO Policy | NCUA Inspector General | Plain Writing Act of 2010 | USA.gov | Privacy Policy & Accessibility

If you have questions about NCUA:
Check our Frequently Asked Questions, Contact Us or call Consumer Assistance Hotline 1-800-755-1030

Social media links provided on the NCUA website are for reference only. NCUA does not endorse any non-government web sites, companies or applications.

National Credit Union Administration
1775 Duke Street, Alexandria, VA 22314-3428



EXHIBIT 3