IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KAREN DICKEY<br><br>       Plaintiff<br><br>vs.<br><br>PEROUTKA & PEROUTKA, P.A. AND DOES 1-10, INCLUSIVE<br><br><br>       Defendants | CIVIL ACTION NO.: 1:11-CV-02492-BEL |

**STIPULATION OF DISMISSAL**

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as dismissed, with prejudice as to all Defendants. Each party will be responsible for payment of their own costs, expenses and attorney fees.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Forrest E. Mays                                   /s/ Ronald S. Canter
Forrest E. Mays, Esquire                        Ronald S. Canter, Esquire
*Signed with permission of Forrest*        11300 Rockville Pike, Suite 1200
*E. Mays, Esquire*                                 Rockville, MD 20852
1783 Forest Drive, Suite 109               Telephone:  301-770-7490
Annapolis, MD  21401                           Facsimile:  301-770-7493
Attorney for Plaintiff                             E-Mail:  rcanter@roncanterllc.com
                                                                 Attorney for Defendant Peroutka & Peroutka, P.A.

1