IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

KAREN DICKEY

    Plaintiff

vs.                                       CIVIL ACTION NO.: 1:11-CV-02492-BEL

PEROUTKA & PEROUTKA, P.A. AND
DOES 1-10, INCLUSIVE

    Defendants

## STIPULATION OF DISMISSAL

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered as dismissed, with prejudice as to all Defendants. Each party will be responsible for payment of their own costs, expenses and attorney fees.

THE LAW OFFICES OF RONALD S. CANTER, LLC

| | |
|---|---|
| /s/ Forrest E. Mays | /s/ Ronald S. Canter |
| Forrest E. Mays, Esquire | Ronald S. Canter, Esquire |
| *Signed with permission of Forrest E. Mays, Esquire* | 11300 Rockville Pike, Suite 1200 |
| | Rockville, MD 20852 |
| 1783 Forest Drive, Suite 109 | Telephone: 301-770-7490 |
| Annapolis, MD 21401 | Facsimile: 301-770-7493 |
| Attorney for Plaintiff | E-Mail: rcanter@roncanterllc.com |
| | Attorney for Defendant Peroutka & Peroutka, P.A. |

APPROVED THIS 19th DAY OF October 2011

*Benson Everett Legg*
BENSON EVERETT LEGG, U.S.D.J.

1