AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| Karen Dickey<br>*Plaintiff* | )<br>)<br>) | |
| v. | )<br>)<br>) | Civil Action No. BEL-11-2492 |
| Peroutka & Peroutka PA; and Does 1-10, inclusive<br>*Defendants* | )<br>)<br>)<br>) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendants' name and address)*   Peroutka & Peroutka PA
8028 Ritchie Highway, Suite 300,
Pasadena, Maryland 21122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lemberg & Associates, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Felicia Cannon
*CLERK OF COURT*

Date: 9/9/2011

*Signature* / *Clerk*

7223

Case 1:11-cv-02492-BEL   Document 2   Filed 09/09/11   Page 2 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. BEL-11-2492

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Peroutka & Peroutka
was received by me on *(date)* 9/21/11 @ 6:02 pm

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SHAWN KENNEDY, who is designated by law to accept service of process on behalf of *(name of organization)* PEROUTKA & PEROUTKA AS MANAGER on *(date)* 9/27/11 @ 1:28 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ 0 for services, for a total of $ 60.00

I declare under penalty of perjury that this information is true.

Date: 09/27/11

*Server's signature*

ADA PATTERSON — LEGAL PROCESS SERVER
*Printed name and title*

2560 HARLEM AVE - BALTO, MD 21216
*Server's address*

Additional information regarding attempted service, etc:

Daveeda D. White
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires May 17, 2014

7223